The application is denied. There appears no error of law in the judgment complained of.

SANDERS, J., is of the opinion a writ should be granted to consider fully the question of historical value in expropriation proceedings in Louisiana, raised for the first time in this case

SUMMERS, J., is of the opinion the writ should be granted.

203 So.2d 560

**Cecil T. HART**

v.

**Wingate WHITE, Warden Louisiana State Penitentiary, et al.**

No. 48957.

Nov. 10, 1967.

Not considered. Applicant has not complied with the rules of this court.

203 So.2d 560

**STATE of Louisiana**

v.

**Frank Brent McCARROLL.**

No. 48966.

Nov. 10, 1967.

Writ refused. There is no error in the judgment complained of.

203 So.2d 561

**STATE of Louisiana**

v.

**Larry WILEY.**

No. 48978.

Nov. 14, 1967.

Writs denied. If the question is properly presented, relator may have the ruling complained of reviewed on appeal in the event he is convicted. Relator's attention is called to Sections 2 and 7 of Rule XII of the Rules of this court, the provisions of which have not been complied with.

SANDERS, J., concurs in the denial of the writs, being of the opinion that a motion

to suppress prior to trial is unavailable for verbal testimony. See Article 703, C. Cr.P.